**Order entered August 1, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01437-CR

### STEPHEN GLEN LIMBAUGH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-21347-I**

## ORDER

On April 28, 2014, this Court adopted the trial court's findings that appellant desires to pursue the appeal and that he is indigent and represented by court-appointed counsel David Pire. We ordered appellant to file his brief by May 27, 2014. When the brief was not filed by July 9, 2014, we ordered appellate counsel David Pire to file the brief within fifteen days. We warned Mr. Pire that if he did not file appellant's brief within that time, we would order that he be removed as appellant's appointed attorney. To date, we have not received appellant's brief, nor has Mr. Pire communicated with the Court regarding the status of the brief.

Accordingly, we **ORDER** David Pire removed as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Don Adams, Presiding Judge, Criminal District Court No. 2; David Pire; and Michael Casillas.

We **ABATE** the appeal to allow the trial court to comply with the order. We will reinstate the appeal fifteen days from the date of this order or when the order appointing new counsel is received.

/s/    DAVID EVANS
       JUSTICE